| Fill in this information to identify the case: |
|---|
| **Debtor 1** Anthony Lamont Alexander |
| **Debtor 2** _____ <br> (Spouse, if filing) |
| United States Bankruptcy Court for the: Middle District of Tennessee <br> (State) |
| Case number 3:19-bk-02601 |

# Form 4100R
# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT*

**Court claim no. (if known):** 18-1

**Last 4 digits** of any number you use to identify the debtor's account: 3130

**Property Address:** 507 Kathy Avenue
Number          Street

Goodlettsville, TN 37072
City                      State         Zip Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  04/01/2022
MM/ DD /YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:                              (a)  $ _____
b. Total fees, charges, expenses, escrow, and cost outstanding:     + (b) $ _____
c. **Total**. Add lines a and b.                                                 (c)  $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/_____/_____
MM/ DD /YYYY

| Debtor 1 | Anthony | Lamont | Alexander | Case Number (if known) | 3:19-bk-02601 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Anne Marie Throne        Date 04/08/2022
   Signature

Print: Anne Marie Throne,            Bar No. TNBPR 036224       Title    Bankruptcy Attorney
       First name   Middle Name   Last name

Company: MCMICHAEL TAYLOR GRAY, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 3550 Engineering Drive, Suite 260
         Number    Street

         Peachtree Corners, GA 30092
         City      State    Zip Code

Contact phone: 404-474-7149        Email: athrone@mtglaw.com

---

*Current investor per claims register is U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2018 G-CTT, U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT, will file a Transfer of Claim reflecting the new investor.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Anthony Lamont Alexander
507 Kathy Avenue
Goodlettsville, TN 37072

**Via CM/ECF electronic service:**
Alexander S Koval
CLARK & WASHINGTON PC
237 FRENCH LANDING DR
Nashville, TN 37228

Henry Edward Hildebrand, III
Office of The Chapter 13 Trustee
PO Box 340019
Nashville, TN 37203

Dated: April 8, 2022

Respectfully submitted,

By: /s/ Anne Marie Throne
Anne Marie Throne, Esq.
TNBPR 036224

MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: athrone@mtglaw.com
MTG File No.: 21-000529-03